IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHURCH MUTUAL INSURANCE COMPANY                                        PLAINTIFF

Vs.                    CASE NO.   4:09cv00487 JMM

HAROLD R. COPENHAVER, et al                                            DEFENDANTS

ORDER

A hearing on Plaintiff's motion for preliminary injunction (DE #4) is scheduled **Monday, September 28, 2009 at 9:15 a.m.**, Courtroom 4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

The parties are directed to submit a witness and exhibit list by email to **jmmchambers@ared.uscourts.gov**, no later than **September 24, 2009**. In addition to the original exhibits counsel should also bring a bound copy of the exhibits (as in a 3-ring notebook) to the hearing. These will be for the judge.

In accordance with General Order 54, Jack Cherry, Mary O'Brien, Paul Waddell and Matthew Jackson are authorized to bring electronic device(s) to the courthouse for this proceeding. Counsel must present this order to the Court Security Officer upon entrance to the Courthouse. Counsel are directed to read and be familiar with General Order 54 which is available at **http://www.are.uscourts.gov**.

IT IS SO ORDERED this 2nd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE