IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHURCH MUTUAL INSURANCE COMPANY**  **PLAINTIFF**

**V.**  **4:08CV00487 JMM**

**HAROLD R. COPENHAVER, JEFF W. O'DONNELL,**
**and UNITED INSURANCE AGENCY INC.**  **DEFENDANTS**

## ORDER

For the reasons set forth at the conclusion of the hearing on September 28, 2009, the Plaintiff's Motion for Preliminary Injunction (Docket # 4) is DENIED.

IT IS SO ORDERED this 29th day of September 2009.

_____
James M. Moody
Untied States District Judge