IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHURCH MUTUAL INSURANCE COMPANY                    PLAINTIFF

V.                              4:09CV00487 JMM

HAROLD R. COPENHAVER, JEFF W. O'DONNELL,
and UNITED INSURANCE AGENCY INC.                    DEFENDANTS

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction until December 6, 2010, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all of the motions pending at this time (docket # 84 and 85) are moot. The trial set to begin on October 18, 2010 is cancelled.

Dated this 13th day of October, 2010.

James M. Moody
United States District Judge